FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

98 NOV 19 PM 12:03

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ORIX CREDIT ALLIANCE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| and ) | |
| ) | |
| CIT GROUP/EQUIPMENT ) | |
| FINANCING, INC., ) | |
| ) | |
| Plaintiff-Intervenor ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| OAK MOUNTAIN ENERGY, L.L.C., ) | CV-98-AR-2636-S |
| and ALABAMA POWER COMPANY, ) | |
| Defendants. ) | |

ENTERED
NOV 19 1998

## MEMORANDUM OPINION

This matter came on to be heard on the Motion for Summary Judgment filed by plaintiff ORIX Credit Alliance, Inc. ("ORIX") against the defendant Oak Mountain Energy, L.L.C. ("OME"). Both parties were represented by counsel in this action. Due notice of the hearing was served on all parties in interest. The Motion and this Opinion do not address the complaints by ORIX or CIT Group/Equipment Leasing, Inc. against Alabama Power Company.

The Court finds that OME leased certain items of mining equipment from various lessors and that those leases were assigned by the lessors to ORIX. OME made some payments but later defaulted in making the payments on each of the leases. ORIX has accelerated the balances due in accord with the terms of the leases and a total of $1,915,987.40 is now due and owing from OME together with interest at the rate of 18% per annum and attorney's fees. ORIX is entitled to immediate possession of all of the leased equipment.

OME's mining operations have been shut down. ORIX is in the process of liquidating the leased equipment.

OME has filed nothing in opposition to the motion and has no objection to entry of the judgment against it requested by ORIX. OME did not appear at the hearing and instead sent a letter to counsel for ORIX stated that it did not object to the entry of a summary judgment so long as a couple of provisions were added to the judgment. That letter was introduced in support of the motion for summary judgment as Exhibit 1. The provisions requested by OME have been added to the judgment. There is no genuine issue as to any material fact and ORIX is entitled to a judgment as a matter of law. Thus, the requirements of *Fed. R. Civ. P.* 56 have been met.

A judgment consistent with this Memorandum Opinion will be entered contemporaneously herewith.

Dated the 19th day of November, 1998.

/s/ William M. Acker
William M. Acker, Jr.,
United Sates District Judge